570

435 A.2d 922

Commonwealth v. Gibson, Appellant.

Submitted December 5, 1980. Stanley M. Vasiliadis, for appellant; Donald Corriere, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

435 A.2d 923

Commonwealth v. Gregory, Appellant.

Submitted March 2, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence is affirmed.